

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-19-00835-CR

Jesus **GONZALEZ-GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6182
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion for Late Filing of Brief is hereby GRANTED. The appellant's brief is deemed filed.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court